UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:
ROBERT H. BEACH
CHARLOTTE M. BEACH                                               CASE NO. 10-21749
DEBTOR(S)

## DEBTORS' MOTION FOR DERIVATIVE STANDING

*******************************************

Come the Debtors, by and through counsel, and pursuant to the holdings in the cases of In re The Gibson Group, Inc., 66 F.3d 1436 (6th Cir. 1995), and Countrywide Home Loans d/b/a America's Wholesale Lender v. Dickson (In re Dickson), 427 B.R. 399 (BAP 6th Cir. 2010), move the Court for an order granting the debtors derivative standing to avoid the liens of U.S. Bank, National Association f/k/a Firstar Bank, N.A.("U.S. Bank")  The debtors further request that the Court allow Atkinson, Simms, and Kermode to represent the debtors in avoiding said lien and that any fees be paid to it come from payments made to the Chapter 13 Trustee.  In support of said motion, the debtors state as follows:

The debtors own real estate and mobile home located at 295 Wildwood Court, Warsaw, Kentucky.  The debtors granted a mortgage to U.S. Bank, but U.S. Bank did not perfect it's interest on the mobile home. The debtors are meeting liquidation based on the assumption that the two liens would be avoided by the trustee in an adversary.

WHEREFORE, based on the foregoing, the debtors request that the Court enter an Order granting the debtors derivative standing to avoid the liens of U.S. Bank and allowing Atkinson, Simms, and Kermode to represent the debtors in avoiding said liens and that any fees be paid to it come from payments made to the Chapter 13 trustee.

NOTICE

Notice is hereby given that the foregoing shall come on for hearing on August 9, 2011 at 10:00 a.m., U. S. Bankruptcy Court, Covington, Kentucky.

        Atkinson, Simms & Kermode PLLC
        1608 Harrodsburg Rd.
        Lexington, Kentucky 40504
        (859) 225-1745 Telephone
        (859) 254-2012 FAX


By: /s/ Jon J. Lieberman _____
     Jon J. Lieberman
     Counsel for Debtors

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was this day served electronically on or mailed postage prepaid to all creditors and parties in interest requesting service in this case and the Chapter 13 Trustee on this the 1st day of July, 2011.

     /s/ Jon J. Lieberman _____
     Jon J. Lieberman